In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00044-CR


____________________



MONTE JAY NEEL, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 08-03205






MEMORANDUM OPINION


 On January 12, 2009, the trial court sentenced Monte Jay Neel on a conviction for
aggravated robbery. Neel filed a notice of appeal on February 4, 2009. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals. On February 6, 2009, we notified the parties that we would dismiss the appeal
unless the appellant established grounds for continuing the appeal. No response has been
filed. Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly,
we dismiss the appeal.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered March 4, 2009

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.